# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2018

*The Court of Appeals hereby passes the following order:*

## A18D0407.  KIM C. FLORENCE v. JERRIE FLORENCE.

Kim Florence, proceeding pro se, seeks a discretionary appeal from a purported order citing her for criminal trespass.  In her application materials, Florence maintains that the court entered an order of criminal trespass against her on March 19, 2018.  However, a copy of this order was not included in the application materials.  The only order included in the application materials is one entered on December 28, 2017, dismissing a temporary protective order.  This Court previously returned Florence's application for various deficiencies, including the absence of the order sought to be appealed.  Upon return, Florence was informed that she needed to provide the March 19, 2018 order she sought to appeal, which she failed to do.  Accordingly, Florence has failed to include in her application a copy of the order complained of as required by OCGA § 5-6-35 (c) and Rule 31 (e) of the Rules of the Court of Appeals.  See *Harper v. Harper*, 259 Ga. 246, 246 (378 SE2d 673) (1989).  Because Florence has failed to comply with the clear mandate of OCGA § 5-6-35 (c) and Rule 31 (e), her application is fatally deficient and must therefore be DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/24/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*